# IN THE SUPREME COURT OF THE STATE OF NEVADA

RICHARD LEE CANTERBURY,
               Appellant,
vs.
UNITED STATES MARSHAL SERVICE;
UNITED STATES MARSHAL
CARPENTER, CORECIVIC, HEALTH
CARE UNIT PHYSICIAN; AND
CONTRACT PHYSICIAN DR. RUBEN
SAAVEDRA,
               Respondents.

No. 76606

**FILED**

SEP 07 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order denying a motion for default judgment. Fifth Judicial District Court, Nye County; Kimberly A. Wanker, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, it appears that the order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Brown v. MHC Stagecoach*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013). No statute or court

rule provides for an appeal from an order denying a motion for default judgment. We conclude that we lack jurisdiction, and we therefore

ORDER this appeal DISMISSED.[1]

_____ Pickering _____, J.
Pickering

_____ Gibbons _____, J.
Gibbons

_____ Hardesty _____, J.
Hardesty

cc:  Hon. Kimberly A. Wanker, District Judge
Richard Lee Canterbury
Ruben Saavedra
United States Marshal Carpenter
Nye County Clerk

---

[1]We note that the order denying the motion for default judgment is reviewable as interlocutory to the final judgment entered on July 18, 2018, and the final judgment is on appeal in Docket No. 76607.

We take no action on the motion filed September 6, 2018.